**Order entered May 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01744-CV
No. 05-13-01748-CV

**CHELSEA DAVIS, Appellant**

**V.**

**MCKOOL SMITH, P.C., ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19281**

## ORDER

Upon review of the records in these two appeals, the Court concludes that there is substantial overlap among the issues presented by the cases. Accordingly, on its own motion, the Court **CONSOLIDATES** appellate cause number 05-13-01748-CV into appellate cause number 05-13-01744-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-13-01748-CV to appellate cause number 05-13-01744-CV. Henceforth, all documents shall bear appellate cause number 05-13-01744-CV.

/s/     ELIZABETH LANG-MIERS
        JUSTICE